# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH STENTZ CAMPBELL,<br><br>    Plaintiff,<br><br>Vs.<br><br>LEXISNEXIS RISK SOLUTIONS, INC., *et al.*,<br><br>    Defendants. | Case No.: 3:19-CV-00080-RCJ-WGC<br><br>ORDER |

On June 12, 2019, the parties filed a Notice of Settlement (ECF No. 11) between Plaintiff and Defendant FD Holdings LLC dba Factual Data Inc. The parties notified the Court that a Stipulation for Dismissal would be filed on or before July 12, 2019. Accordingly,

IT IS HEREBY ORDERED that the parties shall file a Stipulation for Dismissal with the Court on or before Friday, August 9, 2019.

IT IS FURTHER ORDERED that if the parties fail to file the Stipulation for Dismissal on or before Friday, August 9, 2019, Defendant FD Holdings LLC dba Factual Data Inc. must file and serve an answer or motion under Rule 12 within 20 days from entry of this Order and/or Thursday, August 22, 2019. If Defendant FD Holdings LLC dba Factual Data fails to do so, a default judgment will be entered against the entity.

IT IS SO ORDERED.

DATED: This 2nd day of August, 2019.

_____
ROBERT C. JONES
Senior District Judge