JOSEPH L. GENTILCORE, ESQ.
(*admitted Pro Hac Vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market St., Suite 2510
Philadelphia, PA 19103
P: (215) 735-8600
F: (215) 940-8000
jgentilcore@consumerlawfirm.com
*Attorneys for Plaintiff Joseph Stentz Campbell*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **JOSEPH STENTZ CAMPBELL**<br><br>Plaintiff,<br><br>-vs-<br><br>**LEXISNEXIS RISK SOLUTIONS, INC., et al.**<br><br>Defendants. | **Case No. 2:19-cv-00080-RCJ-WGC** |

## STIPULATION TO DISMISS

//
//
//
//
//
//
//
//
//
//
//

1

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Joseph Stentz Campbell and Defendant LexisNexis Risk Solutions Inc., ("LexisNexis") that pursuant to Fed. R. Civ. P. 41(a), all claims be dismissed with prejudice, with each party to bear his/its own attorney's fees, costs and expenses incurred.

| | |
|---|---|
| */s/ Joseph L. Gentilcore* | */s/ Gary E. Schnitzer* |
| Joseph L. Gentilcore, Esq. | Gary E. Schnitzer, Esq. |
| *(Admitted Pro Hac Vice)* | KRAVITZ, SCHNITZER & JOHNSON, |
| FRANCIS MAILMAN SOUMILAS, P.C. | CHTD. |
| 1600 Market Street, Suite 2510 | 8985 S. Eastern Ave., Suite 200 |
| Philadelphia, PA 19103 | Las Vegas, NV 89123 |
| T: (215) 735-8600 | T: (702) 222-4142 |
| F: (215) 940-8000 | F: (702) 362-2203 |
| jgentilcore@consumerlawfirm.com | gschnitzer@ksjattorneys.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: December 2, 2019

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 6, 2019.